## UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of:<br>Information associated with accounts identified as caitmart96@icloud.com and martinez.caitlyn@gmail.com, both of which are associated with phone number 818-731-7926, that are within the possession, custody, or control of Apple Inc. | Case No. 2:21-MJ-05726 |

**WARRANT BY TELEPHONE PURSUANT TO 18 U.S.C. § 2703**

To:    Any Authorized Law Enforcement Officer

An application by a federal law enforcement officer requests the production and search of the following data:

    *See Attachment A*

The data to be produced and searched, described above, are believed to contain the following:

    *See Attachment B*

I find that the affidavit, or any recorded testimony, establishes probable cause to produce and search the data described in Attachment A, and to seize the data described in Attachment B. Such affidavit is incorporated herein by reference.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE HEREBY COMMANDED** to serve this warrant on Apple Inc. at any time within 14 days from the date of its issuance.

**APPLE INC. IS HEREBY COMMANDED** to produce the information described in Attachment A within 10 calendar days of the date of service of this order. **APPLE INC. IS FURTHER COMMANDED** to comply with the further orders set forth in Attachment B, and, pursuant to 18 U.S.C. § 2705(b), shall not notify any person, including the subscriber(s) of the account/s identified in Attachment A, of the existence of this warrant.

The officer executing this warrant, or an officer present during the execution, shall prepare an inventory as required by law, and shall promptly return this warrant and the inventory to the United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

**AUTHORIZED LAW ENFORCEMENT OFFICER/S IS/ARE FURTHER COMMANDED** to perform the search of the data provided by Apple Inc. pursuant to the procedures set forth in Attachment B.

Date and time issued: December 22, 2021 at 4:26 p.m.

                                                         *Judge's signature*

City and State: Los Angeles, CA              , U.S. Magistrate Judge
                                                        *Printed name and title*

AUSA: Ashley Fillmore 213-894-2416

## Return

| | |
|---|---|
| Case No: 2:21-MJ-05726 | Date and time warrant served on provider:<br>December 23, 2021, 9:32 AM |

Inventory made in the presence of:
SA Elijah Adams

Inventory of data seized:
[Please provide a description of the information produced.]

On December 27, 2021, Apple Inc. provided tne requsted documentation regarding Apple IDs caitmart96@icloud.com, martinez.caitlyn@icloud.com, and 818-731-7926. The following accounts provided the following information:
1. Subject Name
2. Cellphone Contacts/vCards
3. iCloud Photo Libraries
4. iCloud Bookmarks
5. Find My Friends Followers/Following
6. iCloud Calenders
7. FaceTime Logs
8. iCloud Logs
9. IDS Query Logs
10. Mail Logs
11. Notes
12. Mail Header
    a. Inbox
    b. Drafts
    c. Sent Messages

## Certification

I declare under penalty of perjury that I am an officer involved in the execution of this warrant, and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 02-16-2022

*Executing officer's signature*

Jaquilla Wright, Special Agent
*Printed name and title*